IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DONOVAN JOHNSON, | ) | CV 07-00024 JMS BMK |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| IWALANI WHITE, Interim Director, | ) | |
| Department of Public Safety, State of | ) | |
| Hawaii; LANE BLAIR, Warden, | ) | |
| Diamondback Correctional Facility, | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 4, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 22, 2007.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge